UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR WINDOWS & GLASS, INC.; JAMES MONROE WOODELL; and DOES & ROES I–X,<br><br>Defendants. | C23-0303 TSZ<br><br>ORDER |

The parties having advised the Court that this matter has been resolved, *see* docket no. 8, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **90** days of the date of this Order.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

Dated this 17th day of July, 2023.

Thomas S. Zilly
United States District Judge

ORDER - 1